# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHERYL FLICK,

    Plaintiff,

vs.

DOLGENCORP, INC., DOLLAR GENERAL PARTNERS, DOLGENCORP OF NEW YORK, INC., and DOLGENCORP OF TEXAS, INC.,

    Defendants.

Civil Action No. 2:10-cv-00608-GLL

FILED ELECTRONICALLY

## STIPULATION OF DISMISSAL

The parties file this joint stipulation with respect to the identity of the proper party Defendant in this action. The parties stipulate that Dolgencorp, Inc.[1] was Plaintiff's employer and is the proper party Defendant in this litigation. The parties jointly stipulate that Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., and Dollar General Partners are no longer defendants in this action. The parties stipulate that Plaintiff is not required to file an amended complaint with this Court to indicate the identity of the proper party Defendant.

---

[1] Effective October 9, 2008, Dolgencorp, Inc. was converted to a limited liability company and is now Dolgencorp, LLC. Dolgencorp, LLC still operates the retail Dollar General stores in Pennsylvania. The parties stipulate that no amendment to the pleadings is required to reflect this change.

July 19, 2010                                  Respectfully submitted,

/s/ C. Lance Gould                             /s/ Elizabeth Stroyd Windsor
C. Lance Gould (*pro hac*)                     Elizabeth Stroyd Windsor, Esq. (PA ID 92010)
BEASLEY, ALLEN, CROW,                          MORGAN, LEWIS & BOCKIUS LLP
METHVIN, PORTIS & MILLS, PC                    One Oxford Centre
P.O. Box 4160                                  301 Grant Street
Montgomery, AL 36103                           Pittsburgh, PA 15219
Tel.: 334.269.2343                             Tel.: 412.560.3378
Fax: 334.954.7555                              Fax: 412.560.7001
                                               ewindsor@morganlewis.com

*Attorney for Plaintiff*                       Joel S. Allen (*application forthcoming*)
                                               Melissa M. Hensley (*application forthcoming*)
                                               MORGAN, LEWIS & BOCKIUS LLP
                                               1717 Main Street, Suite 3200
                                               Dallas, Texas 75201
                                               Tel.: (214) 466-4000
                                               jallen@morganlewis.com
                                               melissa.hensley@morganlewis.com

                                               Allison N. Suflas (*application forthcoming*)
                                               1701 Market Street
                                               Philadelphia, PA 19103
                                               Tel.: 215.963.5752
                                               Fax: 215.963.5001
                                               asuflas@morganlewis.com

                                               *Attorneys for Defendants*

SO ORDERED, this 19th day of July, 2010.

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

2