IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURG DIVISION

| | |
|---|---|
| CHERYL FLICK | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO: 2:10-cv-00608-GLL-RCM |
| | ) |
| DOLGENCORP, INC., | ) |
| Defendant. | ) |

## ORDER

The matter before this Court is the parties' Joint Stipulation of Dismissal with Prejudice. This matter is DISMISSED WITH PREJUDICE. Cost taxed as paid.

SIGNED AND ENTERED this 19 day of July, 2011

GARY L. LANCASTER,
CHIEF UNITED STATES DISTRICT JUDGE